**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1087**

———————————

SHERRY WHITE-BATTLE,

Plaintiff - Appellant,

versus

DEMOCRATIC PARTY OF VIRGINIA; NORFOLK CITY
DEMOCRATIC COMMITTEE,

Defendants - Appellees,

and

GEORGE SCHAEFER; NORFOLK ELECTORAL BOARD,

Defendants,

versus

ELISA LONG, General Registrar of the City of
Norfolk; EILEEN M. ADDISON,

Movants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior
District Judge. (CA-03-897-2)

———————————

Submitted: May 27, 2005               Decided: June 21, 2005

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sherry White-Battle, Appellant Pro Se. Stephen Edward Heretick, Portsmouth, Virginia; Robert Bryan Rigney, PROTOGYROU & RIGNEY, PLC, Norfolk, Virginia; Harold Phillip Juren, Deputy City Attorney, Norfolk, Virginia; Eileen M. Addison, COMMONWEALTH ATTORNEY'S OFFICE, Yorktown, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherry White-Battle appeals the district court's orders granting summary judgment to Defendants and denying her motions to amend and for discovery. See White-Battle v. Democratic Party of Virginia, No. CA-03-897-2 (E.D. Va. June 29 & Nov. 12, 2004). We have reviewed the record and find no reversible error. Accordingly, we affirm. In addition, we find the district court did not abuse its discretion in denying White-Battle's motions to amend and for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED